Charles G. Ditis, Appellee, v. Ahlvin Construction Company, Inc. et al., Defendants.
Appeal of Vernon E. Crosell and Jorgen Hubschman, Appellants.

Gen. No. 44,050.

opinion filed April 21, 1947; released for publication May 5, 1947. Mayer Goldberg and Leonard L. Levin, for appellants; William S. Kleinman, for appellee; Myer N. Rosengard, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.